In the Matter of JOHN R. McNULTY, Respondent, v. THOMAS R. COSTELLO, as Town Justice of the Town of. Riverhead, et al., Appellants.—

Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.